B6B (Official Form 6B) (12/07)

In re **DOUGLAS ALAN BOELTER,**  Case No. __2:12-bk-05116__
**SHANNON ROSE BOELTER**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT**<br>**FIRST NATIONAL BANK OF TN**<br>**CROSSVILLE, TN** | J | 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **SOFA/LOVESEAT/(2)END TABLES/ET CENTER/(3)CHAIRS/OTTOMAN$500, (8)SMALL APPLIANCES$100, DINETTE/SHELVES$300, (2)TWIN BEDS/KING BED/(3)DRESSERS/CHEST/(4) NIGHTSTANDS/(2)CHAIRS$415, W/D$100, RV (42")$50, (2)PC$200, (4)DESKS$40,VCR/DVD$30, RIDING MOWER$100, MISC TOOLS$1800, (2)STEREOS$50, LAWN EQUIP$15, PATIO FURN/GRILL$100, (2)GAMING SYSTEMS/GAMES$200, CHRISTMAS DECORATIONS$300, MISC HHG$100**<br>Location: 143 POMONA RD, Crossville TN 38571 | J | 4,400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **BOOKS/KNICK KNACKS**<br>Location: 143 POMONA RD, Crossville TN 38571 | J | 75.00 |
| 6. Wearing apparel. | | **MISC CLOTHING**<br>Location: 143 POMONA RD, Crossville TN 38571 | J | 500.00 |
| 7. Furs and jewelry. | | **(2)WEDDING RINGS/MOTHERS RING/(2)WATCHES/EARRINGS/NECKLACE/MISC JEWELRY**<br>Location: 143 POMONA RD, Crossville TN 38571 | J | 1,500.00 |

Sub-Total >  **6,975.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

In re  **DOUGLAS ALAN BOELTER,**
**SHANNON ROSE BOELTER** 

Case No. **2:12-bk-05116**

,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 8. | Firearms and sports, photographic, and other hobby equipment. | | (2)GUITARS/VIOLIN/TRUMPET$200, (3)BICYCLES$100, MOSSBERG 12 GA/MOSSBERG 20 GA/NEW HAVEN MOSSBERG 600AT/REMINGTON 12GA/REMINGTON 30.06/HARRINGTON RICHARDSON .410/SAVAGE 20 GA/22$1050, CAMERA$100 Location: 143 POMONA RD, Crossville TN 38571 | J | 1,450.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **NAVY RETIREMENT RECEIVED MONTHLY** | H | 1,888.00 |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | | **GRACE TRUCKING ENTERPRISES 9770 CARROLL CENTER RD  SUITE F SAN DIEGO, CA  92126** JOINT DEBTOR OWNED 5% /CORP INSOLVENT WHEN DISSOLVED **FOUNDED: 2009 DISSOLVED: 2010** | W | 0.00 |
| | | | **GEMCO INVESTMENT PROPERTIES dba GREENCO GAS 9747 BUSINESS PARK AVE  SUITE 218 SAN DIEGO, CA  92131** JOINT DEBTOR OWNED 15% /CORP INSOLVENT WHEN DISSOLVED **FOUNDED: 2010 DISSOLVED: 2011** | W | 0.00 |

Sub-Total >  **3,338.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **DOUGLAS ALAN BOELTER,**
**SHANNON ROSE BOELTER**
, Case No. **2:12-bk-05116**

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | FRAUD DISCOVERY INSTITUTE INC<br>9747 BUSINESS PARK AVE #218<br>SAN DIEGO, CA 92131<br><br>JOINT DEBTOR OWNED 15% /CORP INSOLVENT WHEN DISSOLVED<br><br>FOUNDED: 2001<br>DISSOLVED: 2011 | W | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | possible workers compensation claim (the Claim is estimated) | J | 10,000.00 |
| | | Possible avoidance of vehicle | J | 2,500.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

Sub-Total > **12,500.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **DOUGLAS ALAN BOELTER,** Case No. **2:12-bk-05116**
**SHANNON ROSE BOELTER**
, 
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 KIA SORENTO VIN KNDJD735695867394 Location: 143 POMONA RD, Crossville TN 38571 | J | 15,000.00 |
| | | 1992 FORD F150 TRUCK (325,215 MILES) Location: 143 POMONA RD, Crossville TN 38571 | J | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 17,000.00 |
| Total > | 39,813.00 |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

In re  **DOUGLAS ALAN BOELTER,**
      **SHANNON ROSE BOELTER**
      _____,
                        Debtors

Case No. __2:12-bk-05116__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| CHECKING ACCOUNT FIRST NATIONAL BANK OF TN CROSSVILLE, TN | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| SOFA/LOVESEAT/(2)END TABLES/ET CENTER/(3)CHAIRS/OTTOMAN$500, (8)SMALL APPLIANCES$100, DINETTE/SHELVES$300, (2)TWIN BEDS/KING BED/(3)DRESSERS/CHEST/(4) NIGHTSTANDS/(2)CHAIRS$415, W/D$100, RV (42")$50, (2)PC$200, (4)DESKS$40,VCR/DVD$30, RIDING MOWER$100, MISC TOOLS$1800, (2)STEREOS$50, LAWN EQUIP$15, PATIO FURN/GRILL$100, (2)GAMING SYSTEMS/GAMES$200, CHRISTMAS DECORATIONS$300, MISC HHG$100 Location: 143 POMONA RD, Crossville TN 38571 | 11 U.S.C. § 522(d)(3) | 4,400.00 | 4,400.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| BOOKS/KNICK KNACKS Location: 143 POMONA RD, Crossville TN 38571 | 11 U.S.C. § 522(d)(5) | 75.00 | 75.00 |
| **Wearing Apparel** | | | |
| MISC CLOTHING Location: 143 POMONA RD, Crossville TN 38571 | 11 U.S.C. § 522(d)(5) | 500.00 | 500.00 |
| **Furs and Jewelry** | | | |
| (2)WEDDING RINGS/MOTHERS RING/(2)WATCHES/EARRINGS/NECKLACE/MISC JEWELRY Location: 143 POMONA RD, Crossville TN 38571 | 11 U.S.C. § 522(d)(4) | 1,500.00 | 1,500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| (2)GUITARS/VIOLIN/TRUMPET$200, (3)BICYCLES$100, MOSSBERG 12 GA/MOSSBERG 20 GA/NEW HAVEN MOSSBERG 600AT/REMINGTON 12GA/REMINGTON 30.06/HARRINGTON RICHARDSON .410/SAVAGE 20 GA/22$1050, CAMERA$100 Location: 143 POMONA RD, Crossville TN 38571 | 11 U.S.C. § 522(d)(5) | 1,450.00 | 1,450.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| NAVY RETIREMENT RECEIVED MONTHLY | 11 U.S.C. § 522(d)(10)(E) | 1,888.00 | 1,888.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| possible workers compensation claim (the Claim is estimated) | 11 U.S.C. § 522(d)(10)(C) | 10,000.00 | 10,000.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy

In re **DOUGLAS ALAN BOELTER,**
**SHANNON ROSE BOELTER** Case No. __2:12-bk-05116__
_____,
Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Possible avoidance of vehicle** | 11 U.S.C. § 522(g) | 2,500.00 | 2,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2009 KIA SORENTO  VIN  KNDJD735695867394** | 11 U.S.C. § 522(d)(2) | 6,034.00 | 15,000.00 |
| **Location: 143 POMONA RD, Crossville TN 38571** | 11 U.S.C. § 522(d)(5) | 0.00 | |
| **1992 FORD F150 TRUCK  (325,215 MILES)** | 11 U.S.C. § 522(d)(5) | 2,000.00 | 2,000.00 |
| **Location: 143 POMONA RD, Crossville TN 38571** | | | |
| | Total: | **30,847.00** | **39,813.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Case 2:12-bk-05116    Doc 14    Filed 08/07/12    Entered 08/07/12 13:22:58    Desc Main
Document    Page 6 of 6

Best Case Bankruptcy